

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 19-mJ-1488 |
| Antonio Rangel Montejano DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_ , IT IS ORDERED that a detention hearing is set for _4/12/19_ , _____ , at _1:00_ ☐ a.m. / ☑ p.m. before the Honorable _J. Chooljian_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4/11/19_

JACQUELINE CHOOLJIAN
U.S. District Judge/Magistrate Judge